E-FILED
Tuesday, 30 April, 2013  03:51:39 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title
- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim
- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816   2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification
- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC | DossierNumb | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.167.13.162 | 2D555433323 | µTorrent 3.2.3 | 04/29/2013 1 | S0054-000007 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Quincy | Illinois Centra | Adams |
| 2 | 98.222.51.4 | 2D424133333 | -BA3300- | 04/28/2013 0 | S0054-000007 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Urbana | Illinois Centra | Champaign |
| 3 | 98.214.216.77 | 4D372D382D3 | BitTorrent 7.8 | 04/27/2013 1 | S0054-000008 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Decatur | Illinois Centra | Macon |
| 4 | 71.201.172.20 | 4D372D342D3 | BitTorrent 7.4 | 04/27/2013 0 | S0054-000008 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Bloomington | Illinois Centra | McLean |
| 5 | 98.227.164.4 | 2D415A34353 | Vuze 4.5.0.4 | 04/26/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Manteno | Illinois Centra | Kankakee |
| 6 | 50.44.86.167 | 2D424330313 | BitComet 1.30 | 04/26/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Frontier Comr | Illinois | Bloomington | Illinois Centra | McLean |
| 7 | 24.14.142.220 | 2D555433333 | µTorrent 3.3.0 | 04/26/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Danville | Illinois Centra | Vermilion |
| 8 | 68.58.79.138 | 2D424330313 | BitComet 1.35 | 04/26/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Springfield | Illinois Centra | Sangamon |
| 9 | 98.206.187.19 | 2D555433333 | µTorrent 3.3.0 | 04/25/2013 1 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | East Peoria | Illinois Centra | Tazewell |
| 10 | 50.141.241.30 | 2D424133333 | -BA3300- | 04/25/2013 1 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Urbana | Illinois Centra | Champaign |
| 11 | 98.212.254.14 | 2D555433333 | µTorrent 3.3.0 | 04/25/2013 1 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Danville | Illinois Centra | Vermilion |
| 12 | 98.222.61.163 | 2D554D31383 | µTorrent Mac | 04/24/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Champaign | Illinois Centra | Champaign |
| 13 | 206.71.215.77 | 2D555433333 | µTorrent 3.3.0 | 04/24/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Adams NetWo | Illinois | Golden | Illinois Centra | Adams |
| 14 | 98.253.68.57 | 2D555433333 | µTorrent 3.3.0 | 04/23/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Pekin | Illinois Centra | Tazewell |
| 15 | 98.215.241.12 | 2D415A34393 | Vuze 4.9.0.0 | 04/23/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Springfield | Illinois Centra | Sangamon |
| 16 | 98.215.236.10 | 2D555433333 | µTorrent 3.3.0 | 04/23/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Springfield | Illinois Centra | Sangamon |
| 17 | 207.179.231.1 | 2D555433323 | µTorrent 3.2.3 | 04/23/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | MTCO Commu | Illinois | Peoria | Illinois Centra | Peoria |
| 18 | 50.76.244.121 | 2D555433323 | µTorrent 3.2.0 | 04/23/2013 0 | S0054-000006 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Busir | Illinois | Peoria | Illinois Centra | Peoria |
| 19 | 98.212.251.15 | 2D555433313 | µTorrent 3.1.3 | 04/23/2013 0 | S0054-000007 | The Company | VOLTAGE | The Company | SHA1: 401FD6 | Comcast Cable | Illinois | Danville | Illinois Centra | Vermilion |