E-FILED
Friday, 10 May, 2013  08:37:10 PM
Clerk, U.S. District Court, ILCD



