**E-FILED**
Friday, 19 July, 2013 02:32:58 PM
Clerk, U.S. District Court, ILCD




July 17, 2013

United States Court of Central District Court

600 E. Monroe St.

Springfield, IL 62701

JUL 19 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE <u>United States</u> COURT OF <u>Central District</u> *(Name of County)*

STATE OF <u>Illinois</u>

<u>TCYK,LLC</u> IN THE <u>United States</u> COURT OF <u>Central District</u>

STATE OF <u>ILLINOIS</u>

<u>TCYK,LLC</u>                         PLAINTIFF:  TCYK,LLC

*(Name of Plaintiff)*


VS.                                    CAUSE NO. <u>3:13-cv-03124</u>


<u>DOES 1 - 19</u>                     DEFENDANT:  DOES 1 - 19

*(Name of Defendant)*


### Motion to Vacate Judgment, Quash Subpoena Duces Tecum, Dismiss Writ of Garnishment, and for Leave to an Answer to Complaint


Comes now <u>DOES 1-19</u> *(98.227.164.4)*, Defendant, in the above-captioned cause, who moves the Court for an order vacating the Judgment of this Court entered on <u>June 12, 2013</u>, quashing the Subpoena Duces Tecum entitled Post Judgment Subpoena for Production of documents to Non-Party served on <u>DOE#3, 98.227.164.4</u> *(name)*, dismiss the Writ of Garnishment served on Defendant's Employer, _____N/A_____ *(Name of Employer)* on _____N/A_____ *(date)* and for leave to answer the original Complaint of Plaintiff filed in the matter on <u>June 12, 2013</u> *(date)*. The Motion is made on the following grounds: SEE ATTACHED LETTER.

1.      The Complaint in the above-entitled and numbered cause was filed and a summons issued by the Clerk of this Court on   June 12, 2013_____ *(date)*.

2.      Service of process was made on Defendant on _____4/26/2013_____ *(date)*.

3.      Defendant delivered his copy of the Summons and Complaint to _____N/A_____ *(Name of Debt Settlement Company)*, hereinafter called Company, on _____ *(date)*.

4.      Said Company were in negotiations with Plaintiff on a settlement when Plaintiff turned the account over to an attorney _____N/A_____ *(Name of Attorney)*, who almost immediately file the subject Complaint. On advice from the Company, Plaintiff did not answer since the Company advised Plaintiff that the Company and Plaintiff were in settlement negotiations. Trusting the Company, Plaintiff did not file an Answer.

5.      Failure to file an Answer resulted in a default Judgment being entered against Defendant on _____N/A_____ *(date)*.

6.      Failure to file an Answer also resulted in a Subpoena Duces Tecum, entitled Post Judgment Subpoena for Production of documents to Non-Party, being served on N/A_____ *(name)* on _____ *(date)*.

7.      Failure to file an Answer resulted in a Writ of Garnishment being served on Plaintiff's employer on _____N/A_____ *(date)*.

8.      Defendant's failure to answer or otherwise appear in said Cause was the result of mistake, inadvertence, and excusable neglect.  N/A

9.      Defendant has a meritorious defense to Plaintiff's Complaint, as shown by the attached Answer and by the attached Affidavit of ___DOE(98.227.164.4 )_____ *(name of affiant)*.

Wherefore, Defendant moves the Court for an Order setting aside the any entry of default, and the default Judgment in the above-entitled and numbered cause, and allowing Defendant's Answer, attached to this Motion, to be filed.

Defendant further moves that this Court quash the Subpoena Duces Tecum (entitled Post Judgment Subpoena for Production of documents to Non-Party), and dismiss the Writ of Garnishment served on Defendant's Employer.

Respectfully submitted,

By:___DOE#3_____

*(Printed Name of Defendant)*

*Doe #3*

*(Signature of Defendant)*

**Certificate of Service**

This is to certify that I, <u>DOE#  98.227.164.4</u>, have this date served a true and correct copy of the above and foregoing Motion by U.S. Mail, postage fully prepaid, to the following counsel of record for the Plaintiff:

<u>COMCAST</u>

*(Name of Attorney)*

<u>Via fax (866) 947- 5587</u>

*(Post Office Box No. or Street Address)*

_____

*(City, State, Zip Code)*

This the <u>17</u> day of <u>July</u>, 20 <u>13</u>.

Respectfully submitted,

By: <u>DOE #3</u>

*(Printed Name of Defendant)*

<u>DOE #3</u>

*(Signature of Defendant)*

*ATTACHMENT*

July 17, 2013


United States District Court for the Central District of Illinois

TCYK, LLC *v.* Does 1-19

Docket No.: 3:13-cv-03124


To the Court:

The service I used for downloading music and the other service I use for downloading videos, I pay a fee for, through my credit card, for both services.

I have never heard of or seen anything on the internet which doesn't re quire a credit card to download any of their services.

I, Doe#3 have NO knowledge of any illegal downloads referred to in this summons.



Sincerely,

Doe #3

Doe#3 (98.227.164.4)