E-FILED
Sunday, 04 August, 2013  01:07:57 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-3124 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-19, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE # 1, OWNER OF IP ADDRESS 67.167.13.162

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 1, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 67.167.13.162.

DATED:  August 4, 2013          Respectfully submitted,

                                TCYK, LLC

                                By:   s/ Keith A. Vogt
                                      Keith A. Vogt (Bar No. 6207971)
                                      Takiguchi & Vogt
                                      1415 W. 22nd Street, Tower Floor
                                      Oak Brook, Illinois 60523
                                      (773) 340-9469
                                      Attorney for Plaintiff