**E-FILED**
Sunday, 04 August, 2013  01:09:38 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-3124 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-19, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE # 10, OWNER OF IP ADDRESS 50.141.241.30

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 10, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 50.141.241.30.

DATED:  August 4, 2013              Respectfully submitted,

                                    TCYK, LLC

                                    By:    s/ Keith A. Vogt
                                           Keith A. Vogt (Bar No. 6207971)
                                           Takiguchi & Vogt
                                           1415 W. 22nd Street, Tower Floor
                                           Oak Brook, Illinois 60523
                                           (773) 340-9469
                                           Attorney for Plaintiff