# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-3124 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-19, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE # 18, OWNER OF IP ADDRESS 50.76.244.121

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 18, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 50.76.244.121.

DATED:  August 23, 2013           Respectfully submitted,

                                  TCYK, LLC

                              By:   s/ Keith A. Vogt
                                    Keith A. Vogt (Bar No. 6207971)
                                    Takiguchi & Vogt
                                    1415 West 22nd Street, Tower Floor
                                    Oak Brook, IL 60523
                                    773.340.9469
                                    KVogt@takiguchiandvogt.com
                                    Attorney for Plaintiff