E-FILED
Friday, 23 August, 2013   11:51:56 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-3124 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-19, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE # 1, OWNER OF IP ADDRESS 67.167.13.162

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 1, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 67.167.13.162.

DATED:  August 23, 2013

Respectfully submitted,

TCYK, LLC

By:   s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
773.340.9469
KVogt@takiguchiandvogt.com
Attorney for Plaintiff